**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TELINIT TECHNOLOGIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| GLU MOBILE INC. | § | 2:14-CV-01052-JRG |
| SNK PLAYMORE CORPORATION ET AL. | § | 2:14-CV-01053-JRG |
| CONCRETE SOFTWARE, INC. | § | 2:14-CV-01081-JRG |
| DOODLE MOBILE LTD | § | 2:14-CV-01082-JRG |
| ELECTRONIC ARTS, INC. | § | 2:14-CV-01083-JRG |
| SEGA OF AMERICA, INC. ET AL | § | 2:14-CV-01084-JRG |

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff Telinit Technologies, Inc. (hereafter "Telinit"), through its undersigned counsel, and hereby respectfully states and prays:

1.  On December 1, 2014 Telinit filed its *Complaint for Patent Infringement* against Electronic Arts, Inc. ("EA" or "Defendant") (Docket No. 1).

2.  Today, Telinit is filing this *Motion to Dismiss with Prejudice* as to Defendant in this action due to the fact that the parties have reached an agreement.

3.  Therefore, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Telinit hereby requests that this Honorable Court grant its request to dismiss Telinit's claims for relief against Defendant with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant Telinit's request to dismiss Telinit's claims for relief against Defendant with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: February 17, 2015

Respectfully Submitted,

**TELINIT TECHNOLOGIES, INC.**

By: /s/ Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola
USDC No. 215505
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

William E. Davis, III
Texas State Bar No. 24047416
The Davis Firm, PC
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

**ATTORNEY FOR PLAINTIFF**
**TELINIT TECHNOLOGIES, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 17th day of February, 2015.

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and that this motion expresses the parties positions.

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola